UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:23-CR-30-M-RN-1
No. 4:23-CR-30-M-RN-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALTERRIK LAQUAN PARKER | ) | |
| a/k/a AL-TERRICK PARKER | ) | |
| GABRIEL ZACHARY HARRIS | ) | |

The Grand Jury charges that:

On or about February 23, 2023, in the Eastern District of North Carolina,
ALTERRICK LAQUAN PARKER a/k/a AL-TERRICK PARKER and GABRIEL
ZACHARY HARRIS, the defendants herein, aiding and abetting each other, and
another known to the Grand Jury, attempted to take a motor vehicle, a black 2021
Dodge Challenger R/T Shaker, that had been transported, shipped, and received in
interstate commerce, from CH by force, violence, and intimidation, with the intent to
cause death and serious bodily harm, in violation of Title 18, United States Code,
Sections 2119 and 2.

(Remainder of Page Left Intentionally Blank)

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Taurus 9mm pistol, bearing serial number ABM216699, seized on February 23, 2023, from the parking lot of the ABC store located at 3148 E Tenth St. Greenville, North Carolina, and any and all associated ammunition.

b) One Glock 43 9mm handgun, bearing serial number BFVC550, seized on February 23, 2023, from a Kia Optima in front of 340 Haven Drive Apt U4 Greenville, North Carolina, and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 6 Jun 2023

MICHAEL F. EASLEY, JR.
United States Attorney

BY: Philip L. Aubart
Assistant United States Attorney