IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CR-00030-M-1
Case No. 4:23-CR-00030-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALTERRIK LAQUAN PARKER a/k/a Al-Terrick Parker, and<br>GABRIEL ZACHARY HARRIS,<br><br>    Defendants. | ORDER |

    This matter comes before the court on the United States' unopposed Motion to Order Restitution [DE 86]. Pursuant to 18 U.S.C. § 3664(d)(5), the motion is GRANTED. The Defendants shall make restitution to the following victim in the following amount:

    Victim Name:        Christopher Hulon
    Victim Address:    1224 Tenderleaf Court, Greenville, NC 27834
    Amount:              $4,439.96

The court finds that the Defendants are without the ability to pay interest so interest is, therefore, waived. The Defendants shall be held jointly and severally liable for restitution in this case. However, no further payment shall be required after the sum of the amounts actually paid by all Defendants has fully covered all of the compensable victim injuries.

    Payment of restitution shall be due and payable in full immediately. However, if the Defendants are unable to pay in full immediately, the restitution may be paid through the Inmate Financial Responsibility Program (IFRP). The court orders that each Defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered the

Defendants' financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $50 per month to begin sixty (60) days after each Defendant's release from prison. At the time of each Defendant's release, the probation officer shall take into consideration that Defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

The Clerk of the Court shall issue an Amended Judgment consistent with this order.

SO ORDERED this 28th day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE